LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-06764-BRO (AJWx); CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776; CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782; CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791; CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796; CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806; CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815; CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824; CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829; CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836; CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841; CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847; CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851; CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855; CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859; CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868; CV 15-06925 | Date | September 17, 2015 |
|---|---|---|---|
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER

     Before the Court are 62 cases that have been recently removed to the Central District of California from Los Angeles Superior Court following the filing of Notices of Removal by defendant Boston Scientific Corporation ("Boston Scientific") and the subsequent transfer of the cases to this Court as related to *Pate v. Boston Scientific Corp.*, Los Angeles Superior Court Case No. BC515037.

     A review of the dockets of these actions indicates that plaintiffs have begun filing Motions to Remand in these related cases. Among other arguments in the Motions to Remand, which are substantially identical, plaintiffs assert that Boston Scientific's Notices of Removal are procedurally deficient pursuant to 28 U.S.C. § 1446(c)(1) because they were filed more than one year after commencement of the action. *See, e.g.*, Motion to Remand filed in Case No. CV 15-6764 BRO (AJWx) (Docket No. 21). It appears that the arguments contained in the Motions to Remand

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-06764-BRO (AJWx);<br>CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776;<br>CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782;<br>CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791;<br>CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796;<br>CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806;<br>CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815;<br>CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824;<br>CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829;<br>CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836;<br>CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841;<br>CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847;<br>CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851;<br>CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855;<br>CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859;<br>CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868;<br>CV 15-06925 | Date | September 17, 2015 |
|---|---|---|---|
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

apply to each of the cases listed above.

To avoid the waste of the parties' resources and to promote administrative efficiency, the Court proposes to construe the Motions to Remand that have already been filed as applying to all of the cases listed above. For purposes of these Motions to Remand, the Court will designate Case No. CV 15-6764 as the "Lead Case" and the parties need only file a single Opposition and Reply in that case based on the noticed hearing date of October 19, 2015 in accordance with the schedule established by Local Rules 7-9 and 7-10. That Opposition and Reply shall apply to all of the cases listed above. If any party objects to this procedure, they must file an Objection to this procedure by no later than September 24, 2015 by 4:00 p.m. The Court will then rule on any such Objection.

Additionally, if any plaintiff wishes to waive the potential procedural defects contained in the Notices of Removal, they must file a Notice of Waiver of Procedural Defects by no later than September 24, 2015 by 4:00 p.m. If any plaintiff files a Notice of Waiver of Procedural Defects by that date, the Court will conclude that any such plaintiff wishes to waive all potential procedural defects, elects to stay in federal court, and the Motion to Remand will not apply to that plaintiff. For any plaintiff that does not file a Notice of Waiver of Procedural Defects by that date, the Court will conclude that the Motion to Remand applies to all such plaintiffs even if they have not yet filed a separate Motion to Remand in

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 15-06764-BRO (AJWx); CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776; CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782; CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791; CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796; CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806; CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815; CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824; CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829; CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836; CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841; CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847; CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851; CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855; CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859; CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868; CV 15-06925 | Date | September 17, 2015 |
| --- | --- | --- | --- |
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

their separate case.

    The hearing currently calendared for October 19, 2015, is continued to October 28, 2015 at 1:30 p.m.

    IT IS SO ORDERED.

|  | Initials of Preparer | rf |
| --- | --- | --- |