LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-06764-BRO (AJWx); <br> CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776; <br> CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782; <br> CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791; <br> CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796; <br> CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806; <br> CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815; <br> CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824; <br> CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829; <br> CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836; <br> CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841; <br> CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847; <br> CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851; <br> CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855; <br> CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859; <br> CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868; <br> CV 15-06925 | Date | September 17, 2015 |
|---|---|---|---|
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER

Defendant Boston Scientific Corporation ("Boston Scientific") recently removed the above listed cases to the Central District of California from Los Angeles Superior Court. Plaintiffs have filed Motions to Remand in these cases that are set for hearing on October 19, 2015. The Court recently received Conditional Transfer Orders from the Judicial Panel on Multidistrict Litigation for these cases. According to the Conditional Transfer Orders, if any party files a notice of opposition to the transfer with the Clerk of the Judicial Panel on Multidistrict Litigation within 7 days of the Panel's order, the transfer order will be stayed pending further order from the Panel.

Should any party wish for the Motions to Remand that have been or will be filed in these cases heard by this Court, they must file a notice of opposition to transfer with the Panel by September 21, 2015. The notice of opposition must

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-06764-BRO (AJWx);**<br>**CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776;**<br>**CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782;**<br>**CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791;**<br>**CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796;**<br>**CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806;**<br>**CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815;**<br>**CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824;**<br>**CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829;**<br>**CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836;**<br>**CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841;**<br>**CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847;**<br>**CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851;**<br>**CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855;**<br>**CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859;**<br>**CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868;**<br>**CV 15-06925** | Date | September 17, 2015 |
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

identify both the Conditional Transfer Order number and case number of each individual case number listed in each of the Conditional Transfer Orders for which the opposing party seeks a stay of the transfer to MDL No. 2326.

Unless and until the cases listed above are transferred to MDL No. 2326 and the transfer becomes effective, all parties filing documents with the Panel shall provide this Court with a courtesy copy of any such document within 24 hours of when any such document is filed with the Panel.

IT IS SO ORDERED.

**IT IS SO ORDERED.**

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-06764-BRO (AJWx); CV 15-06769; CV 15-06771; CV 15-06773; CV 15-06776; CV 15-06777; CV 15-06778; CV 15-06781; CV 15-06782; CV 15-06785; CV 15-06787; CV 15-06788; CV 15-06791; CV 15-06792; CV 15-06793; CV 15-06795; CV 15-06796; CV 15-06799; CV 15-06800; CV 15-06804; CV 15-06806; CV 15-06809; CV 15-06810; CV 15-06811; CV 15-06815; CV 15-06816; CV 15-06817; CV 15-06820; CV 15-06824; CV 15-06825; CV 15-06827; CV 15-06828; CV 15-06829; CV 15-06830; CV 15-06832; CV 15-06833; CV 15-06836; CV 15-06837; CV 15-06838; CV 15-06839; CV 15-06841; CV 15-06844; CV 15-06845; CV 15-06846; CV 15-06847; CV 15-06848; CV 15-06849; CV 15-06850; CV 15-06851; CV 15-06852; CV 15-06853; CV 15-06854; CV 15-06855; CV 15-06856; CV 15-06857; CV 15-06858; CV 15-06859; CV 15-06862; CV 15-06863; CV 15-06865; CV 15-06868; CV 15-06925 | Date | September 17, 2015 |
| Title | **IN RE BOSTON SCIENTIFIC CORP.** | | |

| | |
|---|---|
| Initials of Preparer | rf |